IN THE UNITED STATES
DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

LARRY MURPHREE,
an individual,

    Plaintiff,

v.     Case No.: 3:12-cv-00153-MMH-JRK

THE TIDES CONDOMINIUM AT
SWEETWATER BY DEL WEBB
MASTER HOMEOWNERS' ASSOCIATION, INC.,
a Florida Corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF SUIT WITH PREJUDICE

COMES NOW, the Petitioner, LARRY MURPHREE, by and through the undersigned counsel, and hereby files this notice of voluntary dismissal of the above styled cause with prejudice.

Dated this 13th day of April, 2012.

Respectfully submitted by,

**Affinity Law Firm, P. L.**

_____
Gust G. Sarris, Esquire (FBN 21999)
Adam P. Rowe, Esquire (FBN 19324)
3947 Boulevard Center Drive, Suite 101
Jacksonville, FL 32207
(904) 398-9510 telephone
(904) 398-9512 facsimile
gsarris@affinitylawfirm.com
arowe@affinitylawfirm.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this notice has been sent via First Class U. S. Mail to the counsel for Defendant, Michael McCabe, at 1400 Prudential Dr Ste 5, Jacksonville, Florida 32207 this 13Th day of April, 2012.

_____
Gust G. Sarris, Esquire (FBN 21999)