**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LARRY MURPHREE,

        Plaintiff,

v.                                                Case No. 3:12-cv-153-J-34JRK

THE TIDES CONDOMINIUM AT
SWEETWATER BY DEL WEBB MASTER
HOMEOWNERS' ASSOCIATION, INC.,

        Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal of Suit With Prejudice (Dkt. No. 4; Notice) filed on April 13, 2012.  In the Notice, Plaintiff seeks dismissal of this matter with prejudice.  See Notice at 1.  Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 17th day of April, 2012.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record